| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: CHERESO, ANNMARIE C | § | Case No. 13-01691 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 16, 2013.  The undersigned trustee was appointed on January 16, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4.  The trustee realized the gross receipts of      $      14,231.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 11.59 |
| Bank service fees | 285.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $       13,934.33 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 07/23/2013 and the deadline for filing governmental claims was 07/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,173.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,173.10, for a total compensation of $2,173.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 3009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2014            By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C  

**Period Ending:** 08/11/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 03/12/13  
**Claims Bar Date:** 07/23/13

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America, Checking Account #291000027232<br>Imported from original petition Doc# 1 | 331.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America, Savings Account #2872949614 (cu<br>Imported from original petition Doc# 1 | 8.35 | 0.00 | | 0.00 | FA |
| 4 | Bank of America, Savings Account #2872949627 (cu<br>Imported from original petition Doc# 1 | 5.87 | 0.00 | | 0.00 | FA |
| 5 | Bank of America, Savings Account #2872949630 (cu<br>Imported from original petition Doc# 1 | 31.35 | 0.00 | | 0.00 | FA |
| 6 | Chase Bank, Checking Account #159591880<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods & Furnishings - one ordinary lot<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Books, pictures & other collectibles - one ordin<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Furs and Jewelry - one ordinary lot of miscellan<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Morgan Stanley & Co. 401(k) Account #358-092637-<br>Imported from original petition Doc# 1 | 30,689.00 | 0.00 | | 0.00 | FA |
| 12 | 100% interest in Perfectly Imperfect Life Coachi<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Accounts Receivable - ITunes - disputed charges<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | Child Support owed from earlier court order<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | Monthly Child Support, in the amount of $3,000 p<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2008 Infinity QX56 - 60,000 miles; estimated val<br>Imported from original petition Doc# 1 | 20,000.00 | 17,600.00 | | 14,231.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 03/12/13  

**Period Ending:** 08/11/14

**Claims Bar Date:** 07/23/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 17 | X - Debtor claims the balance of the $4,000 IL p Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets  Totals** (Excluding unknown values) | **$61,865.57** | **$18,100.00** | | **$14,231.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims, preparation of TFR once any objections are resolved.

**Initial Projected Date Of Final Report (TFR):**   July 31, 2014      **Current Projected Date Of Final Report (TFR):**   July 31, 2014

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C  

**Taxpayer ID #:** **-***6336  
**Period Ending:** 08/11/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/13 | {16} | Annmarie Chereso | Payment in full for sale of Debtor's interest in 2008 Infiniti QX56 per Court Order dated 5/14/13 | 1129-000 | 14,231.00 | | 14,231.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 14,214.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.48 | 14,192.15 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.41 | 14,171.74 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.70 | 14,152.04 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.39 | 14,129.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 14,110.69 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.32 | 14,088.37 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.93 | 14,067.44 |
| 02/13/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-01691, 016026455 | 2300-000 | | 11.59 | 14,055.85 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.87 | 14,036.98 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 14,017.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.50 | 13,995.97 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 13,975.84 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.43 | 13,956.41 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.08 | 13,934.33 |
| | | | **ACCOUNT TOTALS** | | 14,231.00 | 296.67 | **$13,934.33** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,231.00 | 296.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,231.00** | **$296.67** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3966** | 14,231.00 | 296.67 | 13,934.33 |
| | $14,231.00 | $296.67 | $13,934.33 |

{} Asset reference(s)

Printed: 08/11/2014 02:50 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 23, 2013

**Case Number:** 13-01691
**Debtor Name:** CHERESO, ANNMARIE C

Page: 1

**Date:** August 11, 2014
**Time:** 02:51:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $2,173.10 | $0.00 | 2,173.10 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $2,635.00 | $0.00 | 2,635.00 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $875.40 | $0.00 | 875.40 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $14.38 | $0.00 | 14.38 |
| 2P 570 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Priority | | $1,846.63 | $0.00 | 1,846.63 |
| 1 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,376.46 | $0.00 | 1,376.46 |
| 2U 610 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Unsecured | | $1,847.93 | $0.00 | 1,847.93 |
| 3 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,952.13 | $0.00 | 4,952.13 |
| 4 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $42,715.59 | $0.00 | 42,715.59 |
| 5 610 | American Express Travel Related Services<br>Company, Inc.<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $214.40 | $0.00 | 214.40 |
| **<< Totals >>** | | | | 58,651.02 | 0.00 | 58,651.02 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-01691
Case Name: CHERESO, ANNMARIE C
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 13,934.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,934.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,173.10 | 0.00 | 2,173.10 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 2,635.00 | 0.00 | 2,635.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 875.40 | 0.00 | 875.40 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.38 | 0.00 | 14.38 |

Total to be paid for chapter 7 administration expenses: $ 5,697.88
Remaining balance: $ 8,236.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,236.45

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,846.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Department of the Treasury | 1,846.63 | 0.00 | 1,846.63 |

Total to be paid for priority claims: $ 1,846.63
Remaining balance: $ 6,389.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,106.51 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | 1,376.46 | 0.00 | 172.10 |
| 2U | Department of the Treasury | 1,847.93 | 0.00 | 231.05 |
| 3 | Capital One Bank (USA), N.A. | 4,952.13 | 0.00 | 619.16 |
| 4 | American Express Bank, FSB | 42,715.59 | 0.00 | 5,340.70 |
| 5 | American Express Travel Related Services | 214.40 | 0.00 | 26.81 |

Total to be paid for timely general unsecured claims: $ 6,389.82
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**