| | |
|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable:  TIMOTHY A. BARNES<br>Chapter 7<br>Location:      Room 613<br>Hearing Date:  09/23/2014<br>Hearing Time:  10:30am<br>Response Date: / / |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re:   CHERESO, ANNMARIE C | § | Case No. 13-01691 |
|---|---|---|
| | § | |
| Debtor(s) | §§ | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/23/2014 in Courtroom 613, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/22/2014</u>       By:   <u>/s/KAREN R. GOODMAN</u>
                                              Trustee

KAREN R. GOODMAN
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

KAREN R. GOODMAN  
Taft Stettinius & Hollister  
111 East Wacker Drive  
Suite 2800  
Chicago, IL 60601  
(312) 527-4000  

Chapter 7 Trustee

The Honorable:  
Chapter   7  
Location:                                           Room 613  
Hearing Date:                                    09/23/2014  
Hearing Time:                                      10:30am  
Response Date:                                         / /  

TIMOTHY A. BARNES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CHERESO, ANNMARIE C § Case No. 13-01691  
                                    §  
                                    §  
Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 14,231.00 |
| *and approved disbursements of* | $ 296.67 |
| *leaving a balance on hand of* [1] | $ 13,934.33 |
| **Balance on hand:** | $ 13,934.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,934.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - KAREN R. GOODMAN | 2,173.10 | 0.00 | 2,173.10 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 2,635.00 | 0.00 | 2,635.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 875.40 | 0.00 | 875.40 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.38 | 0.00 | 14.38 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,697.88 |
| Remaining balance: | $ 8,236.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 8,236.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,846.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 1,846.63 | 0.00 | 1,846.63 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 1,846.63 |
| Remaining balance: | $ 6,389.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,106.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,376.46 | 0.00 | 172.10 |
| 2U | Department of the Treasury | 1,847.93 | 0.00 | 231.05 |
| 3 | Capital One Bank (USA), N.A. | 4,952.13 | 0.00 | 619.16 |
| 4 | American Express Bank, FSB | 42,715.59 | 0.00 | 5,340.70 |
| 5 | American Express Travel Related Services | 214.40 | 0.00 | 26.81 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 6,389.82 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-01691-TAB
Annmarie C Chereso                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: gbeemster              Page 1 of 2              Date Rcvd: Aug 22, 2014
                                  Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2014.
```
db         +Annmarie C Chereso,    1955 N. Kenmore Avenue,    Chicago, IL 60614-4917
19923909   +American Express,    Attn: Bankruptcy Notification Dept,    2965 West Corporate Lakes Blvd,
             Weston,FL 33331-3626
20193122    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
20726488    American Express Travel Related Services,    Company, Inc.,    c o Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
19923910   +Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
19923912   +Blatt Hasenmiller Leibsker & Moore,    Case #2012-M1-131867,    125 S. Wacker Drve, #400,
             Chicago, IL 60606-4440
19923913   +Brigitte Bell Mediation, Ltd.,    500 Davis Street, Suite 1006,    Evanston, IL 60201-4643
20474530    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
19923914    Capital One Bank (USA), N.A.,    Attn: Bankruptcy Dept.,    PO Box 30278,
             Salt Lake City, UT 84130-0278
19923915    Capital One Services, LLC,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
19923916    Children's Memorial Hospital,    2250 E. Devon Avenue,    Suite 352,    Des Plaines, IL 60018-4519
19923917    Childrens Memorial Hospital,    75 Remittance Drive,    Suite 92611,    Chicago, IL 60675-2611
19923918   +Howard M. Arof, M.D.,    676 N. St. Clair #1880,    Chicago, IL 60611-3139
19923920   +Jeffrey W. Brend, Esq.,    Levin & Brend PC,    20 N. Wacker Drive, Suite 2920,
             Chicago, IL 60606-3101
19923922   +John C. Bonewicz, PC,    Case #2012-M1-134891,    350 N. Orleans Street Suite 300,
             Chicago,IL 60654-1607
19923923    Mimi Lukens & Mark Hansen, Landlords,    116 E. 48th Street,    Chicago, IL 60615
19923925   +MyXuan McLure Koski, Esq.,    Case #2009-M2-1515,    Zwicker & Associates, PC,
             7366 N. Lincoln Ave #404,    Lincolnwood, IL 60712-1741
19923926    Northwestern Children's Practice,    9421 Eagle Way,    Chicago, IL 60673-1094
19923927   +Northwestern Medical Faculty Foundation,    MiraMed Revenue Group LLC,    991 Oak Creed Drive,
             Lombard, IL 60148-6408
19923928    Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
19923929   +Pine Dental Care, P.C.,    1460 North Halsted Street,    Suite 403,    Chicago, IL 60642-2607
19923930    Raby Institute for Integrative Medicine,    P.O. Box 11033,    Chicago, IL 60611-0033
19923931    Regional Adjustment Bureau, Inc.,    PO Box 34111,    Memphis, TN 38184-0111
19923934    Target National Bank,    3901 W. 53rd Street,    Sioux Falls, SD 57106-4216
19923932    Target National Bank,    P.O. Box 660170,    Dallas, TX. 75266-0170
19923935   +University of Chicago,    15965 Collection Center Drive,    Chicago, IL 60693-0159
19923936    VMC & Associates, Inc.,    P.O. Box 6035,    Broadview, IL 60155-6035
19923937   +Wayne R. Hannah, III,    401 N Michigan Ave Suite 2900,    Chicago,IL 60611-5517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20382397      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2014 00:23:59
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
19923911      E-mail/Text: ebn@squaretwofinancial.com Aug 23 2014 00:19:52      Bank of America / CACH, LLC,
               4340 S. Monaco, Second Floor,    Denver, CO 80237
19923919     +E-mail/Text: cio.bncmail@irs.gov Aug 23 2014 00:18:40      Department of the Treasury,
               Internal Revenue Service,    Pob 7346,    Philadelphia,PA 19101-7346
19923924      E-mail/Text: mmrgbk@miramedrg.com Aug 23 2014 00:19:20      MiraMed Revenue Group LLC,
               PO Box 536,    Linden, MI 48451-0536
                                                                                              TOTAL: 4
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20690999*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19923921    ##+Jill M. Peters, Esq.,    Law Offices of Jill M. Peters LLC,    70 W. Madison Street, Suite 650,
               Chicago, IL 60602-4286
19923933     ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: gbeemster              Page 2 of 2                  Date Rcvd: Aug 22, 2014
                               Form ID: pdf006              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2014 at the address(es) listed below:
              Jeffrey B Rose    on behalf of Debtor Annmarie C Chereso jrose@tishlerandwald.com,
               bmurzanski@tishlerandwald.com
              Karen R Goodman, ESQ    on behalf of Accountant Alan D Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Attorney   Taft Stettinius & Hollister LLP
               kgoodman@taftlaw.com,   il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```