
| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CHERESO, ANNMARIE C § Case No. 13-01691
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $41,865.57         Assets Exempt: $43,765.57
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,236.45     Claims Discharged
                                                Without Payment: $41,022.13

Total Expenses of Administration: $5,994.55

---

3) Total gross receipts of $ 14,231.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,231.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,994.55 | 5,994.55 | 5,994.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,846.63 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 51,106.51 | 49,258.58 | 8,236.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $58,947.69 | $55,253.13 | $14,231.00 |

  4) This case was originally filed under Chapter 7 on January 16, 2013. The case was pending for 23 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2014            By: /s/KAREN R. GOODMAN
            Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Infinity QX56 - 60,000 miles; estimated val | 1129-000 | 14,231.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,231.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,173.10 | 2,173.10 | 2,173.10 |
| Taft Stettinius & Hollister LLP | 3210-000 | N/A | 2,635.00 | 2,635.00 | 2,635.00 |
| ALAN D. LASKO | 3410-000 | N/A | 875.40 | 875.40 | 875.40 |
| ALAN D. LASKO | 3420-000 | N/A | 14.38 | 14.38 | 14.38 |
| Rabobank, N.A. | 2600-000 | N/A | 16.37 | 16.37 | 16.37 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 22.48 | 22.48 | 22.48 |
| Rabobank, N.A. | 2600-000 | N/A | 20.41 | 20.41 | 20.41 |
| Rabobank, N.A. | 2600-000 | N/A | 19.70 | 19.70 | 19.70 |
| Rabobank, N.A. | 2600-000 | N/A | 22.39 | 22.39 | 22.39 |
| Rabobank, N.A. | 2600-000 | N/A | 18.96 | 18.96 | 18.96 |
| Rabobank, N.A. | 2600-000 | N/A | 22.32 | 22.32 | 22.32 |
| Rabobank, N.A. | 2600-000 | N/A | 20.93 | 20.93 | 20.93 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.59 | 11.59 | 11.59 |
| Rabobank, N.A. | 2600-000 | N/A | 18.87 | 18.87 | 18.87 |
| Rabobank, N.A. | 2600-000 | N/A | 19.51 | 19.51 | 19.51 |
| Rabobank, N.A. | 2600-000 | N/A | 21.50 | 21.50 | 21.50 |
| Rabobank, N.A. | 2600-000 | N/A | 20.13 | 20.13 | 20.13 |
| Rabobank, N.A. | 2600-000 | N/A | 19.43 | 19.43 | 19.43 |
| Rabobank, N.A. | 2600-000 | N/A | 22.08 | 22.08 | 22.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,994.55 | $5,994.55 | $5,994.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | N/A | 1,846.63 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,846.63 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 1,376.46 | 1,376.46 | 230.16 |
| 2U | Department of the Treasury | 7100-000 | N/A | 1,847.93 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,952.13 | 4,952.13 | 828.04 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 42,715.59 | 42,715.59 | 7,142.40 |
| 5 | American Express Travel Related Services | 7100-000 | N/A | 214.40 | 214.40 | 35.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $51,106.51 | $49,258.58 | $8,236.45 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C  

**Period Ending:** 12/15/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 03/12/13  
**Claims Bar Date:** 07/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on hand<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2  Bank of America, Checking Account #291000027232<br>Imported from original petition Doc# 1 | 331.00 | 0.00 | | 0.00 | FA |
| 3  Bank of America, Savings Account #2872949614 (cu<br>Imported from original petition Doc# 1 | 8.35 | 0.00 | | 0.00 | FA |
| 4  Bank of America, Savings Account #2872949627 (cu<br>Imported from original petition Doc# 1 | 5.87 | 0.00 | | 0.00 | FA |
| 5  Bank of America, Savings Account #2872949630 (cu<br>Imported from original petition Doc# 1 | 31.35 | 0.00 | | 0.00 | FA |
| 6  Chase Bank, Checking Account #159591880<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Household Goods & Furnishings - one ordinary lot<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8  Books, pictures & other collectibles - one ordin<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Wearing apparel<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 10  Furs and Jewelry - one ordinary lot of miscellan<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 11  Morgan Stanley & Co. 401(k) Account #358-092637-<br>Imported from original petition Doc# 1 | 30,689.00 | 0.00 | | 0.00 | FA |
| 12  100% interest in Perfectly Imperfect Life Coachi<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Accounts Receivable - ITunes - disputed charges<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 14  Child Support owed from earlier court order<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 15  Monthly Child Support, in the amount of $3,000 p<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 16  2008 Infinity QX56 - 60,000 miles; estimated val<br>Imported from original petition Doc# 1 | 20,000.00 | 17,600.00 | | 14,231.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C  

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 03/12/13  

**Period Ending:** 12/15/14  
**Claims Bar Date:** 07/23/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  X - Debtor claims the balance of the $4,000 IL p Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17  **Assets  Totals** (Excluding unknown values) | **$61,865.57** | **$18,100.00** | | **$14,231.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims, preparation of TFR once any objections are resolved.

**Initial Projected Date Of Final Report (TFR):**   July 31, 2014        **Current Projected Date Of Final Report (TFR):**   August 21, 2014  (Actual)

Printed: 12/15/2014 04:07 PM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-01691  
**Case Name:** CHERESO, ANNMARIE C  
**Taxpayer ID #:** **-***6336  
**Period Ending:** 12/15/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/13 | {16} | Annmarie Chereso | Payment in full for sale of Debtor's interest in 2008 Infiniti QX56 per Court Order dated 5/14/13 | 1129-000 | 14,231.00 | | 14,231.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 14,214.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.48 | 14,192.15 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.41 | 14,171.74 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.70 | 14,152.04 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.39 | 14,129.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 14,110.69 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.32 | 14,088.37 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.93 | 14,067.44 |
| 02/13/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-01691, 016026455 | 2300-000 | | 11.59 | 14,055.85 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.87 | 14,036.98 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 14,017.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.50 | 13,995.97 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 13,975.84 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.43 | 13,956.41 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.08 | 13,934.33 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.37 | 13,914.96 |
| 09/24/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | -19.37 | 13,934.33 |
| 09/24/14 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 09/23/2014 | 3420-000 | | 14.38 | 13,919.95 |
| 09/24/14 | 103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 09/23/2014 | 3410-000 | | 875.40 | 13,044.55 |
| 09/24/14 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 09/23/2014 | 2100-000 | | 2,173.10 | 10,871.45 |
| 09/24/14 | 105 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 09/23/2014 | 3210-000 | | 2,635.00 | 8,236.45 |
| 09/24/14 | 106 | Department of the Treasury | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2P PER COURT ORDER DATED 09/23/2014 Voided on 10/16/14 | 5800-000 | | 1,846.63 | 6,389.82 |
| 09/24/14 | 107 | American InfoSource LP as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 09/23/2014 | 7100-000 | | 172.10 | 6,217.72 |
| 09/24/14 | 108 | Department of the Treasury | FIRST AND FINAL DIVIDEND FOR CLAIM | 7100-000 | | 231.05 | 5,986.67 |

Subtotals: $14,231.00   $8,244.33

{} Asset reference(s)   Printed: 12/15/2014 04:07 PM   V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-01691 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CHERESO, ANNMARIE C | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3966 - Checking Account |
| **Taxpayer ID #:** | **-***6336 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/15/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | NO. 2U PER COURT ORDER DATED 09/23/2014 Voided on 10/16/14 | | | | |
| 09/24/14 | 109 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 09/23/2014 | 7100-000 | | 619.16 | 5,367.51 |
| 09/24/14 | 110 | American Express Bank, FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 5,340.70 | 26.81 |
| 09/24/14 | 111 | American Express Travel Related Services Co. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 09/23/2014 | 7100-000 | | 26.81 | 0.00 |
| 10/16/14 | 106 | Department of the Treasury | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2P PER COURT ORDER DATED 09/23/2014 Voided: check issued on 09/24/14 | 5800-000 | | -1,846.63 | 1,846.63 |
| 10/16/14 | 108 | Department of the Treasury | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2U PER COURT ORDER DATED 09/23/2014 Voided: check issued on 09/24/14 | 7100-000 | | -231.05 | 2,077.68 |
| 10/28/14 | 112 | American InfoSource LP as agent for | FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 58.06 | 2,019.62 |
| 10/28/14 | 113 | Capital One Bank (USA), N.A. | FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 208.88 | 1,810.74 |
| 10/28/14 | 114 | American Express Bank, FSB | FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 1,801.70 | 9.04 |
| 10/28/14 | 115 | American Express Travel Related Services | FINAL DIVIDEND FOR CLAIM NO. 5 | 7100-000 | | 9.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,231.00 | 14,231.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,231.00 | 14,231.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,231.00** | **$14,231.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 13-01691 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CHERESO, ANNMARIE C | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3966 - Checking Account |
| **Taxpayer ID #:** | **-***6336 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/15/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| | **Checking # ******3966** | 14,231.00 | 14,231.00 | 0.00 |
| | | $14,231.00 | $14,231.00 | $0.00 |

{} Asset reference(s)

Printed: 12/15/2014 04:07 PM    V.13.20